UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

_____

IN RE: YASMIN AND YAZ (DROSPIRENONE
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                         MDL No. 2100

_____

This Document Relates to:          Case No. 3:14-cv-10365-DRH-PMF

DOLORES HARRIS, as Personal
Representative of the Estate of
DANA HARRIS

    Plaintiffs,

               v.

BAYER CORPORATION,
BAYER HEALTHCARE
PHARMACEUTICALS INC.,
BAYER HEALTHCARE, LLC,
BAYER AG.

    Defendants.

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's May 3, 2016 Order, the above captioned case is **DISMISSED** with prejudice.

Each party shall bear their own costs.

                                      **JUSTINE FLANAGAN,**
                                      **ACTING CLERK OF COURT**

                                      BY: /s/*Caitlin Fischer*
                                            **Deputy Clerk**

Digitally signed by Judge David R. Herndon
Date: 2016.05.04 12:47:10 -05'00'

APPROVED:
        DISTRICT JUDGE
        U. S. DISTRICT COURT